**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02856-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TED ROBERT JONES,

    Plaintiff,

v.

DR. CHAFONTE,
DANIEL ABEYTA,
CORY ESHELMAN,
MR. BOTGER,
MS. LARSEN,
MS. MILLER,
DISTRICT ATTORNEY GREER,
DISTRICT ATTORNEY SWAIN,
MESA COUNTY, COLORADO,
DELTA COUNTY COLORADO SHERIFF'S OFFICES, and
COMBINED COURTS DEPUTY BAKER, Garfield County Colorado Sheriff Department,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff has submitted a pleading that apparently relates to a number of state court actions and a document titled "Motion to Proceed" in which he asks that court costs be waived.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) __  is not submitted
(2) xx  is not on proper form (must use the court's current form)
(3) __  is missing original signature by Plaintiff
(4) __  is missing affidavit
(5) __  affidavit is incomplete
(6) __  affidavit is not notarized or is not properly notarized
(7) __  names in caption do not match names in caption of complaint, petition or application
(8) xx  other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition**:
(9) __  is not submitted
(10) xx  is not on proper form (must use the court's current form)
(11) __  is missing an original signature by the Plaintiff
(12) __  is incomplete
(13) __  uses et al. instead of listing all parties in caption
(14) __  names in caption do not match names in text
(15) xx  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __  other _____

Plaintiff also is directed to refrain from submitting personal information to the court, such as his social security number and bank account and routing numbers. The court's docketing records are public records and the documents Plaintiff has submitted contain personal information that is not appropriate for placement in the public domain. As a result, those documents will be filed under seal. Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the clerk of the court seal Document No. 1 and Document No. 2 in this action.

DATED November 8, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge