IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02856-BNB

TED ROBERT JONES,

    Plaintiff,

v.

DR. CHAFONTE,
DANIEL ABEYTA,
CORY ESHELMAN,
MR. BOTGER,
MS. LARSEN,
MS. MILLER,
DISTRICT ATTORNEY GREER,
DISTRICT ATTORNEY SWAIN,
MESA COUNTY, COLORADO,
DELTA COUNTY COLORADO SHERIFF'S OFFICES, and
COMBINED COURTS DEPUTY BAKER, Garfield County Colorado Sheriff Department,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Ted Robert Jones, initiated this action by filing *pro se* a pleading that apparently relates to a number of state court actions along with a document titled "Motion to Proceed" in which he asks that court costs be waived. On November 8, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Jones to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Jones to file a Complaint on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the proper form. Mr. Jones was warned that

the action would be dismissed without further notice if he failed to cure these deficiencies within thirty days.

Following entry of the order directing him to cure these deficiencies, Mr. Jones has filed a number of documents in this action including various statements and multiple motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Mr. Jones has failed to cure all of the deficiencies in this action because he has failed to file a Complaint on the proper form as directed. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  14th  day of   December  , 2011.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court